| **Respond to Selected Documents**

**Sort Date Entries: Descending Ascending**

**Display Options:** All Entries ⌄

**04/01/2026**

**Entry of Appearance Filed**

Entry of Appearance for Christal M. Wang; Electronic Filing Certificate of Service.
**Filed By:** CHRISTAL MARIE WANG
**On Behalf Of:** GEORGE MRLA DBA MRLA FARMING, MARK JACOBSON

**Entry of Appearance Filed**

Entry of Appearance for Brendon T. Sanders; Electronic Filing Certificate of Service.
**Filed By:** BRENDON THOMAS SANDERS
**On Behalf Of:** GEORGE MRLA DBA MRLA FARMING, MARK JACOBSON

**Entry of Appearance Filed**

Entry of Appearance for Jackie M. Kinder; Electronic Filing Certificate of Service.
**Filed By:** JACQUELINE MICHELLE KINDER
**On Behalf Of:** GEORGE MRLA DBA MRLA FARMING, MARK JACOBSON

**03/02/2026**

**Summ Issd- Circ Pers Serv O/S**

Document ID: 26-SMOS-32, for GEORGE MRLA DBA MRLA FARMING
**Summ Issd- Circ Pers Serv O/S**

Document ID: 26-SMOS-31, for JACOBSON, MARK
**Trial Setting Scheduled**


**Scheduled For:** 05/27/2026; 9:00 AM; KATE H SCHAEFER; Buchanan

**02/26/2026**

**Filing Info Sheet eFiling**


**Filed By:** BENJAMIN DAVID WINTERS

**CRIFS/Unredacted Document**

Petition for Damages in associated to Circuit Court filed on 02/26/2026.
**Filed By:** BENJAMIN DAVID WINTERS
**On Behalf Of:** CADEN PATTERSON, GILYELIS PATTERSON
**Associated Entries: 02/26/2026 -**

**Pet Filed in Circuit Ct**

    +

**Pet Filed in Circuit Ct**

Petition for Damages - Redacted.
**Filed By:** BENJAMIN DAVID WINTERS
**On Behalf Of:** CADEN PATTERSON, GILYELIS PATTERSON
**Associated Entries: 02/26/2026 -**

**CRIFS/Unredacted Document**

    +

Close



Electronically Filed - Buchanan - February 26, 2026 - 01:47 PM

PATTERSON LEGAL GROUP, L.C.
6800 W. Kellogg Drive
Wichita, KS  67209
(888) 687-2400

IN THE FIFTH JUDICIAL CIRCUIT COURT OF
BUCHANAN COUNTY MISSOURI

| | |
|---|---|
| CADEN PATTERSON; and,<br>GILYELIS PATTERSON,<br><br>   Plaintiffs,<br><br>vs.<br><br>MARK JACOBSON,<br>████████████;<br>(Service via Sheriff);<br><br>and,<br><br>GEORGE MRLA dba<br>MRLA FARMING,<br>1540 Dallas Ave.<br>Lawton, IA 51030;<br>(Service of Foreign Corporation<br>via U.S. Mail);<br><br>   Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>) Case Number:<br>)<br>) JURY TRIAL DEMANDED<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**PETITION FOR DAMAGES**

COME NOW Plaintiffs Caden Patterson and Gilyelis Patterson, by and through their

attorney, Benjamin D. Winters of Patterson Legal Group, L.C., and for their claims against

Defendants Mark Jacobson and George Mrla dba Mrla Farming, allege and state as follows:

I.  PARTIES

  1. Plaintiff, Caden Patterson, is and was at all material times herein a resident of

████████████████, Missouri.

  2. Plaintiff, Gilyelis Patterson, is and was at all material times herein a resident of

████████████████, Missouri.

Electronically Filed - Buchanan - February 26, 2026 - 01:47 PM

3.    Defendant Mark Jacobson is an individual and can be served with process at his residence, which is believed to be ██████████████████████████ .

4.    Defendant George Mrla dba Mrla Farming is foreign corporation doing business in the State of Missouri, and service of process may be made on its Resident Agent, Process Agent Service Company, Inc., 945 S. Marion Rd, Ste 203, Sioux Falls, South Dakota 57106.

II.    JURISDICTION AND VENUE

5.    Jurisdiction and venue are proper in this Court because the events that give rise to this cause of action occurred in this jurisdiction.

III.    GENERAL ALLEGATIONS

6.    On or about March 30, 2025, at approximately 10:09 p.m., a traffic collision occurred on northbound Interstate 29 near mile marker 50 in Saint Joseph, Buchanan County, Missouri.

7.    At the time and place described above Plaintiff Caden Patterson was driving a blue 2007 Buick Lacrosse. He was northbound on Interstate 29 driving approximately 75 mph in the left lane.

8.    Plaintiff Gilyelis Patterson was a passenger in the vehicle being driven by Plaintiff Caden Patterson. She was approximately seven (7) months pregnant.

9.    Plaintiffs' one-year-old daughter was also a passenger in the vehicle being driven by Plaintiff Caden Patterson.

10. Defendant Mark Jacobson was driving a semi-truck owned by George Mrla dba Mrla Farming. He was northbound on Interstate 29 in the right lane.

11. Defendant Mark Jacobson began to merge from the right lane into the left lane where he collided with Plaintiffs' vehicle.

Electronically Filed - Buchanan - February 26, 2026 - 01:47 PM

12. The investigating officer reported that an independent witness called in the crash. The independent witness reported that Defendant Mark Jacobson merged incorrectly into the left lane striking Plaintiffs' vehicle, causing the crash.

13. The impact of the collision caused Plaintiffs' vehicle to spin before coming to rest backwards in the ditch between Interstate 29 and the off-ramp to NE 169 Highway.

14. Plaintiffs' vehicle sustained disabling damage to the right rear fender and wheel. It was towed from the scene.

15. Plaintiff Caden Patterson sustained injuries and has required medical treatment as a result of the collision.

16. Plaintiff Gilyelis Patterson sustained injuries and has required medical treatment as a result of the collision.

17. Immediately following the collision, EMS personnel responded to the scene for evaluation and treatment.

18. Plaintiff Gilyelis Patterson was transported from the scene by EMS to the hospital for further evaluation and treatment.

19. The following day Plaintiff Caden Patterson presented to Urgent Care for further evaluation and treatment.

IV.    CAUSE OF ACTION AGAINST DEFENDANTS

20. Plaintiff hereby incorporates by reference the allegations set forth in the preceding paragraphs as though set forth in full herein.

21. At the time of this collision, Defendant Jacobson acted in a careless and negligent manner which caused the resulting injuries and damages to Plaintiff as hereafter set forth. Defendant Jacobson was negligent in various respects, including but not limited to:

Electronically Filed - Buchanan - February 26, 2026 - 01:47 PM

a.   Failing to keep his vehicle under control so that it could be stopped within a reasonable distance;

b.   Failing to keep a proper lookout;

c.   Failing to undertake evasive action to avoid the collision;

d.   Traveling at an unsafe speed;

e.   Driving inattentively;

f.   Improper lane change;

g.   Failing to operate his vehicle in accordance with the general traffic regulations and the laws of the State of Missouri; and,

h.   In other respects as may be revealed in the course of discovery.

22. Defendant George Mrla dba Mrla Farming is also legally responsible for the negligence of Defendant Jacobson based on the theory of *Respondeat Superior* as said act of Defendant Jacobson occurred within the scope of his duties and employment with George Mrla dba Mrla Farming.

23. Defendant George Mrla dba Mrla Farming is further legally and vicariously responsible for the acts of Defendant Jacobson, as it provided the vehicle to Defendant Jacobson and allowed him to drive such with its permission as a representative of its business.

24. George Mrla dba Mrla Farming may be independently liable for its hiring, training and entrustment practices, as may be revealed in the course of discovery.

25. As a direct and proximate result of the acts and negligence of Defendants as described herein, Plaintiffs suffered personal injury, disability, pain and suffering, loss of income and medical expenses, all past and future, and property damage.

26. The combined economic and non-economic losses of Plaintiffs resulting from the

Electronically Filed - Buchanan - February 26, 2026 - 01:47 PM

damage described above exceed $25,000.00.

WHEREFORE, Plaintiffs, joint and severally, pray for judgment against Defendants, joint and severally, for damages in a fair and reasonable amount in excess of Twenty-Five Thousand Dollars ($25,000.00), for costs and expenses incurred herein, and for such further relief as the Court may deem just and proper.

Respectfully submitted,

PATTERSON LEGAL GROUP, L.C.

By _/s/ Benjamin D. Winters_____
    Benjamin D. Winters, #74119 (MO)
    ben@pattersonlegalgroup.com
    6800 W. Kellogg Drive
    Wichita, KS  67209
    Telephone: (888) 687-2400
    Facsimile:  (316) 687-2572
    *Attorneys for Plaintiffs*

## DEMAND FOR JURY TRIAL

Plaintiff hereby demands a trial by jury on all asserted allegations, claims and causes of action so triable.

By _/s/ Benjamin D. Winters_____
    Benjamin D. Winters, #74119 (MO)
    ben@pattersonlegalgroup.com
    6800 W. Kellogg Drive
    Wichita, KS  67209
    Telephone: (888) 687-2400
    Facsimile:  (316) 687-2572
    *Attorneys for Plaintiffs*

26BU-CC00275

Electronically Filed - Buchanan - February 26, 2026 - 01:47 PM

PATTERSON LEGAL GROUP, L.C.
6800 W. Kellogg Drive
Wichita, KS  67209
(888) 687-2400

IN THE FIFTH JUDICIAL CIRCUIT COURT OF
BUCHANAN COUNTY MISSOURI

| | |
|---|---|
| CADEN PATTERSON; and,<br>GILYELIS PATTERSON,<br><br>Plaintiffs,<br><br>vs.<br><br>MARK JACOBSON,<br>1013 Pacific Street<br>Sioux City, IA 51105;<br>(Service via Sheriff);<br><br>and,<br><br>GEORGE MRLA dba<br>MRLA FARMING,<br>1540 Dallas Ave.<br>Lawton, IA 51030;<br>(Service of Foreign Corporation<br>via U.S. Mail);<br><br>Defendants.<br>_____ | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)  Case Number:<br>)<br>)  JURY TRIAL DEMANDED<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**PETITION FOR DAMAGES**

COME NOW Plaintiffs Caden Patterson and Gilyelis Patterson, by and through their attorney, Benjamin D. Winters of Patterson Legal Group, L.C., and for their claims against Defendants Mark Jacobson and George Mrla dba Mrla Farming, allege and state as follows:

I.    PARTIES

1.  Plaintiff, Caden Patterson, is and was at all material times herein a resident of Rosendale, Andrew County, Missouri.

2.  Plaintiff, Gilyelis Patterson, is and was at all material times herein a resident of Rosendale, Andrew County, Missouri.

Electronically Filed - Buchanan - February 26, 2026 - 01:47 PM

3.   Defendant Mark Jacobson is an individual and can be served with process at his residence, which is believed to be 1013 Pacific Street, Sioux City, Iowa 51105.

4.   Defendant George Mrla dba Mrla Farming is foreign corporation doing business in the State of Missouri, and service of process may be made on its Resident Agent, Process Agent Service Company, Inc., 945 S. Marion Rd, Ste 203, Sioux Falls, South Dakota 57106.

II.    JURISDICTION AND VENUE

5.   Jurisdiction and venue are proper in this Court because the events that give rise to this cause of action occurred in this jurisdiction.

III.    GENERAL ALLEGATIONS

6.   On or about March 30, 2025, at approximately 10:09 p.m., a traffic collision occurred on northbound Interstate 29 near mile marker 50 in Saint Joseph, Buchanan County, Missouri.

7.   At the time and place described above Plaintiff Caden Patterson was driving a blue 2007 Buick Lacrosse. He was northbound on Interstate 29 driving approximately 75 mph in the left lane.

8.   Plaintiff Gilyelis Patterson was a passenger in the vehicle being driven by Plaintiff Caden Patterson. She was approximately seven (7) months pregnant.

9.   Plaintiffs' one-year-old daughter was also a passenger in the vehicle being driven by Plaintiff Caden Patterson.

10. Defendant Mark Jacobson was driving a semi-truck owned by George Mrla dba Mrla Farming. He was northbound on Interstate 29 in the right lane.

11. Defendant Mark Jacobson began to merge from the right lane into the left lane where he collided with Plaintiffs' vehicle.

Electronically Filed - Buchanan - February 26, 2026 - 01:47 PM

12. The investigating officer reported that an independent witness called in the crash. The independent witness reported that Defendant Mark Jacobson merged incorrectly into the left lane striking Plaintiffs' vehicle, causing the crash.

13. The impact of the collision caused Plaintiffs' vehicle to spin before coming to rest backwards in the ditch between Interstate 29 and the off-ramp to NE 169 Highway.

14. Plaintiffs' vehicle sustained disabling damage to the right rear fender and wheel. It was towed from the scene.

15. Plaintiff Caden Patterson sustained injuries and has required medical treatment as a result of the collision.

16. Plaintiff Gilyelis Patterson sustained injuries and has required medical treatment as a result of the collision.

17. Immediately following the collision, EMS personnel responded to the scene for evaluation and treatment.

18. Plaintiff Gilyelis Patterson was transported from the scene by EMS to the hospital for further evaluation and treatment.

19. The following day Plaintiff Caden Patterson presented to Urgent Care for further evaluation and treatment.

IV.    CAUSE OF ACTION AGAINST DEFENDANTS

20. Plaintiff hereby incorporates by reference the allegations set forth in the preceding paragraphs as though set forth in full herein.

21. At the time of this collision, Defendant Jacobson acted in a careless and negligent manner which caused the resulting injuries and damages to Plaintiff as hereafter set forth. Defendant Jacobson was negligent in various respects, including but not limited to:

Electronically Filed - Buchanan - February 26, 2026 - 01:47 PM

a.  Failing to keep his vehicle under control so that it could be stopped within a reasonable distance;

b.  Failing to keep a proper lookout;

c.  Failing to undertake evasive action to avoid the collision;

d.  Traveling at an unsafe speed;

e.  Driving inattentively;

f.  Improper lane change;

g.  Failing to operate his vehicle in accordance with the general traffic regulations and the laws of the State of Missouri; and,

h.  In other respects as may be revealed in the course of discovery.

22. Defendant George Mrla dba Mrla Farming is also legally responsible for the negligence of Defendant Jacobson based on the theory of *Respondeat Superior* as said act of Defendant Jacobson occurred within the scope of his duties and employment with George Mrla dba Mrla Farming.

23. Defendant George Mrla dba Mrla Farming is further legally and vicariously responsible for the acts of Defendant Jacobson, as it provided the vehicle to Defendant Jacobson and allowed him to drive such with its permission as a representative of its business.

24. George Mrla dba Mrla Farming may be independently liable for its hiring, training and entrustment practices, as may be revealed in the course of discovery.

25. As a direct and proximate result of the acts and negligence of Defendants as described herein, Plaintiffs suffered personal injury, disability, pain and suffering, loss of income and medical expenses, all past and future, and property damage.

26. The combined economic and non-economic losses of Plaintiffs resulting from the

Electronically Filed - Buchanan - February 26, 2026 - 01:47 PM

damage described above exceed $25,000.00.

WHEREFORE, Plaintiffs, joint and severally, pray for judgment against Defendants, joint and severally, for damages in a fair and reasonable amount in excess of Twenty-Five Thousand Dollars ($25,000.00), for costs and expenses incurred herein, and for such further relief as the Court may deem just and proper.

Respectfully submitted,

PATTERSON LEGAL GROUP, L.C.

By _/s/ Benjamin D. Winters_____
    Benjamin D. Winters, #74119 (MO)
    ben@pattersonlegalgroup.com
    6800 W. Kellogg Drive
    Wichita, KS  67209
    Telephone: (888) 687-2400
    Facsimile:  (316) 687-2572
    *Attorneys for Plaintiffs*

## DEMAND FOR JURY TRIAL

Plaintiff hereby demands a trial by jury on all asserted allegations, claims and causes of action so triable.

By _/s/ Benjamin D. Winters_____
    Benjamin D. Winters, #74119 (MO)
    ben@pattersonlegalgroup.com
    6800 W. Kellogg Drive
    Wichita, KS  67209
    Telephone: (888) 687-2400
    Facsimile:  (316) 687-2572
    *Attorneys for Plaintiffs*



# Summons for Personal Service Outside the State of Missouri (Except Attachment Action)

## IN THE 5TH JUDICIAL CIRCUIT, BUCHANAN COUNTY, MISSOURI

| | | |
|---|---|---|
| Judge or Division:<br>KATE H SCHAEFER | Case Number:  26BU-CC00275 | |
| Plaintiff/Petitioner:<br>CADEN PATTERSON<br><br>vs. | Plaintiff's/Petitioner's Attorney/Address:<br>BENJAMIN DAVID WINTERS<br>140 S LYNWOOD<br>WICHITA, KS  67218 | |
| Defendant/Respondent:<br>GEORGE MRLA DBA MRLA FARMING | Court Address:<br>BUCHANAN CO COURTHOUSE<br>411 JULES ST<br>SAINT JOSEPH, MO  64501<br>**STATUS HEARING DATE: MAY 27, 2026<br>AT 9:00 AM IN DIVISION 1** | (Date File Stamp for Return) |
| Nature of Suit:<br>CC Pers Injury-Vehicular | | |

**The State of Missouri to**:  GEORGE MRLA DBA MRLA FARMING
Alias:

 1540 DALLAS AVE.
 LAWTON, IA  51030

You are summoned to appear before this court and to file your pleading to the petition, copy of which is attached, and to serve a copy of your pleading upon the attorney for the plaintiff/petitioner at the above address all within 30 days after service of this summons upon you, exclusive of the day of service. If you fail to file your pleading, judgment by default will be taken against you for the relief demanded in this action.

*COURT SEAL OF*



*BUCHANAN COUNTY*

| 02-MAR-2026 | /s/ N Reynolds |
|---|---|
| Date | Clerk |

**Further Information:**

Case Number: 26BU-CC00275

## Officer's or Server's Affidavit of Service

I certify that:

1. I am authorized to serve process in civil actions within the state or territory where the above summons was served.

2. My official title is _____ of _____ County, _____ (state).

3. I have served the above Summons by: (check one)

   ☐ delivering a copy of the summons and petition to the defendant/respondent.

   ☐ leaving a copy of the summons and petition at the dwelling house or usual place of abode of the defendant/respondent with _____, a person at least 18 years of age residing therein.

   ☐ (for service on a corporation) delivering a copy of the summons and petition to: _____ (name) _____(title).

   ☐ other: _____.

Served at _____ (address) in _____ (County), _____ (state), on _____(date) at _____ (time).

_____  _____
Printed Name of Officer or Server          Signature of Officer or Server

**Subscribed and sworn to** before me this _____ (day) _____ (month), _____ (year).

I am: (check one)  ☐  the clerk of the court of which affiant is an officer.

(Seal)              ☐  the judge of the court of which affiant is an officer.

                    ☐  authorized to administer oaths in the state in which the affiant served the above summons (use for out-of-state officer).

                    ☐  authorized to administer oaths. (use for court-appointed server)

_____
Signature and Title

**Service Fees**

Summons    $_____
Non Est    $_____
Mileage    $_____ (_____ miles @ $._____ per mile)
**Total**      $_____

See the following page for directions to officer making return on service of summons.

SJRC (12-24) SM60 (SMOS) *For Court Use Only:* **Document ID # 26-SMOS-32**    2  of  3  26BU-CC00275          SCR 54.06, 54.07, 54.14, and 54.20; 506.500, 506.510 RSMo

Case Number: 26BU-CC00275

## Directions to Officer Making Return on Service of Summons

A copy of the summons and petition must be served on each defendant/respondent. If any defendant/respondent refuses to receive the copy of the summons and petition when offered, the return shall be prepared accordingly so as to show the offer of the officer to deliver the summons and petition and the defendant's/respondent's refusal to receive the same.

Service shall be made: (1) On Individual. On an individual, including an infant or incompetent person not having a legally appointed guardian, by delivering a copy of the summons and petition personally to the individual or by leaving a copy of the summons and petition at the individual's dwelling house or usual place of abode with some person at least 18 years of age residing therein, or by delivering a copy of the summons and petition to an agent authorized by appointment or required by law to receive service of process; (2) On Guardian. On an infant or incompetent person who has a legally appointed guardian, by delivering a copy of the summons and petition to the guardian personally; (3) On Corporation, Partnership or Other Unincorporated Association. On a corporation, partnership or unincorporated association, by delivering a copy of the summons and petition to an officer, partner, or managing or general agent, or by leaving the copies at any business office of the defendant/respondent with the person having charge thereof or by delivering copies to its registered agent or to any other agent authorized by appointment or required by law to receive service of process; (4) On Public or Quasi-Public Corporation or Body. Upon a public, municipal, governmental or quasi-public corporation or body in the case of a county, to the mayor or city clerk or city attorney in the case of a city, to the chief executive officer in the case of any public, municipal, governmental, or quasi-public corporation or body or to any person otherwise lawfully so designated.

Service may be made by an officer or deputy authorized by law to serve process in civil actions within the state or territory where such service is made.

Service may be made in any state or territory of the United States. If served in a territory, substitute the word "territory" for the word "state."

The office making the service must swear an affidavit before the clerk, deputy clerk, or judge of the court of which the person is an officer or other person authorized to administer oaths. This affidavit must state the time, place, and manner of service, the official character of the affiant, and the affiant's authority to serve process in civil actions within the state or territory where service is made.

The officer or other person receiving a summons or other process shall serve the same and make return of service promptly. If the process cannot be served it shall be returned to the court within 30 days after the date of issue with a statement of the reason for the failure to serve the same; provided, however, that the time for service thereof may be extended up to ninety days from the date of issue by order of the court.



# Summons for Personal Service Outside the State of Missouri (Except Attachment Action)

IN THE 5TH JUDICIAL CIRCUIT, BUCHANAN COUNTY, MISSOURI

| | |
|---|---|
| Judge or Division:<br>KATE H SCHAEFER | **Case Number:  26BU-CC00275** |
| Plaintiff/Petitioner:<br>CADEN PATTERSON<br><br>vs. | Plaintiff's/Petitioner's Attorney/Address:<br>BENJAMIN DAVID WINTERS<br>140 S LYNWOOD<br>WICHITA, KS  67218 |
| Defendant/Respondent:<br>GEORGE MRLA DBA MRLA FARMING | Court Address:<br>BUCHANAN CO COURTHOUSE<br>411 JULES ST<br>SAINT JOSEPH, MO  64501 |
| Nature of Suit:<br>CC Pers Injury-Vehicular | **STATUS HEARING UPDATE: MAY 27, 2026 AT 9:00 AM IN DIVISION 1** |

(Date File Stamp for Return)

**The State of Missouri to**: MARK JACOBSON
            **Alias:**

 **1013 PACIFIC STREET**
 **SIOUX CITY, IA  51105**

You are summoned to appear before this court and to file your pleading to the petition, copy of which is attached, and to serve a copy of your pleading upon the attorney for the plaintiff/petitioner at the above address all within 30 days after service of this summons upon you, exclusive of the day of service. If you fail to file your pleading, judgment by default will be taken against you for the relief demanded in this action.

### *COURT SEAL OF*



*BUCHANAN COUNTY*

| 02-MAR-2026 | /s/ N Reynolds |
|---|---|
| Date | Clerk |

**Further Information:**

Case Number: 26BU-CC00275

## Officer's or Server's Affidavit of Service

I certify that:

1. I am authorized to serve process in civil actions within the state or territory where the above summons was served.

2. My official title is _____ of _____ County, _____ (state).

3. I have served the above Summons by: (check one)

☐ delivering a copy of the summons and petition to the defendant/respondent.

☐ leaving a copy of the summons and petition at the dwelling house or usual place of abode of the defendant/respondent with _____, a person at least 18 years of age residing therein.

☐ (for service on a corporation) delivering a copy of the summons and petition to:

_____ (name) _____(title).

☐ other: _____.

Served at _____ (address)

in _____ (County), _____ (state), on _____(date)

at _____ (time).

_____          _____
Printed Name of Officer or Server                    Signature of Officer or Server

**Subscribed and sworn to** before me this _____ (day) _____ (month), _____ (year).

*(Seal)*

I am: (check one)  ☐ the clerk of the court of which affiant is an officer.

☐ the judge of the court of which affiant is an officer.

☐ authorized to administer oaths in the state in which the affiant served the above summons (use for out-of-state officer).

☐ authorized to administer oaths. (use for court-appointed server)

_____
Signature and Title

**Service Fees**

Summons     $_____
Non Est       $_____
Mileage       $_____ (_____ miles @ $._____ per mile)
**Total**          **$_____**

See the following page for directions to officer making return on service of summons.

SJRC (12-24) SM60 (SMOS) *For Court Use Only:* **Document ID # 26-SMOS-31**    2 of 3  26BU-CC00275)          SCR 54.06, 54.07, 54.14, and 54.20; 506.500, 506.510 RSMo

Case Number: 26BU-CC00275

## Directions to Officer Making Return on Service of Summons

A copy of the summons and petition must be served on each defendant/respondent. If any defendant/respondent refuses to receive the copy of the summons and petition when offered, the return shall be prepared accordingly so as to show the offer of the officer to deliver the summons and petition and the defendant's/respondent's refusal to receive the same.

Service shall be made: (1) On Individual. On an individual, including an infant or incompetent person not having a legally appointed guardian, by delivering a copy of the summons and petition personally to the individual or by leaving a copy of the summons and petition at the individual's dwelling house or usual place of abode with some person at least 18 years of age residing therein, or by delivering a copy of the summons and petition to an agent authorized by appointment or required by law to receive service of process; (2) On Guardian. On an infant or incompetent person who has a legally appointed guardian, by delivering a copy of the summons and petition to the guardian personally; (3) On Corporation, Partnership or Other Unincorporated Association. On a corporation, partnership or unincorporated association, by delivering a copy of the summons and petition to an officer, partner, or managing or general agent, or by leaving the copies at any business office of the defendant/respondent with the person having charge thereof or by delivering copies to its registered agent or to any other agent authorized by appointment or required by law to receive service of process; (4) On Public or Quasi-Public Corporation or Body. Upon a public, municipal, governmental or quasi-public corporation or body in the case of a county, to the mayor or city clerk or city attorney in the case of a city, to the chief executive officer in the case of any public, municipal, governmental, or quasi-public corporation or body or to any person otherwise lawfully so designated.

Service may be made by an officer or deputy authorized by law to serve process in civil actions within the state or territory where such service is made.

Service may be made in any state or territory of the United States. If served in a territory, substitute the word "territory" for the word "state."

The office making the service must swear an affidavit before the clerk, deputy clerk, or judge of the court of which the person is an officer or other person authorized to administer oaths. This affidavit must state the time, place, and manner of service, the official character of the affiant, and the affiant's authority to serve process in civil actions within the state or territory where service is made.

The officer or other person receiving a summons or other process shall serve the same and make return of service promptly. If the process cannot be served it shall be returned to the court within 30 days after the date of issue with a statement of the reason for the failure to serve the same; provided, however, that the time for service thereof may be extended up to ninety days from the date of issue by order of the court.

Electronically Filed - BUCHANAN - April 01, 2026 - 10:38 AM

**IN THE CIRCUIT COURT OF BUCHANAN COUNTY**
**STATE OF MISSOURI**

| | |
|---|---|
| CADEN PATTERSON, and<br>GILYELIS PATTERSON,<br><br>　　　Plaintiffs,<br><br>v.<br><br>MARK JACOBSON,<br><br>and<br><br>GEORGE MRLA dba MRLA FARMING,<br><br>　　　Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Cause No.: 26BU-CC00275<br><br>Division No.: |

## ENTRY OF APPEARANCE

COMES NOW Jackie M. Kinder with the law firm of Watters Wolf Bub Hansmann, LLC and hereby enters her appearance as counsel of record on behalf of Defendants Mark Jacobson and George MRLA d/b/a MRLA Farming in the above-captioned matter.

*Respectfully submitted,*

**WATTERS WOLF BUB HANSMANN, LLC**

　/s/ Jackie M. Kinder
Jackie M. Kinder, #52810
Brendon T. Sanders, #62098
Christal M. Wang, #72184
600 Kellwood Parkway, Suite 120
St. Louis, MO  63017
(636) 798-0570 (phone)
jkinder@wwbhlaw.com
bsanders@wwbhlaw.com
cwang@wwbhlaw.com
*Attorneys for Defendants*

#34188247 v1

Electronically Filed - BUCHANAN - April 01, 2026 - 10:38 AM

**CERTIFICATE OF SERVICE AND
CERTIFICATE OF COMPLIANCE WITH RULE 55.03(a)**

The undersigned certifies that a true and correct copy of the foregoing was served by the Court's electronic filing system, this 1st  day of April, 2026, on the counsel of record listed below.  In addition, the undersigned counsel certifies under Rule 55.03(a) of the Missouri Rules of Civil Procedure that he/she has signed the original of this Certificate and the foregoing pleading.

Benjamin D. Winters
Patterson Legal Group, L.C.
6800 W. Kellogg Drive
Wichita, KS 67209
ben@pattersonlegalgroup.com
*Attorney for Plaintiffs*

/s/ Jackie M. Kinder

2

Electronically Filed - BUCHANAN - April 01, 2026 - 10:40 AM

**IN THE CIRCUIT COURT OF BUCHANAN COUNTY**
**STATE OF MISSOURI**

| | |
|---|---|
| CADEN PATTERSON, and GILYELIS PATTERSON, | ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) ) |
| MARK JACOBSON, | ) ) |
| and | ) ) |
| GEORGE MRLA dba MRLA FARMING, | ) ) |
| Defendants. | ) |

Cause No.: 26BU-CC00275

Division No.:

## ENTRY OF APPEARANCE

COMES NOW Brendon T. Sanders with the law firm of Watters Wolf Bub Hansmann, LLC and hereby enters his appearance as counsel of record on behalf of Defendants Mark Jacobson and George MRLA d/b/a MRLA Farming in the above-captioned matter.

*Respectfully submitted,*

**WATTERS WOLF BUB HANSMANN, LLC**

 /s/ Brendon T. Sanders
Jackie M. Kinder, #52810
Brendon T. Sanders, #62098
Christal M. Wang, #72184
600 Kellwood Parkway, Suite 120
St. Louis, MO  63017
(636) 798-0570 (phone)
jkinder@wwbhlaw.com
bsanders@wwbhlaw.com
cwang@wwbhlaw.com
*Attorneys for Defendants*

#34188268 v1

Electronically Filed - BUCHANAN - April 01, 2026 - 10:40 AM

## CERTIFICATE OF SERVICE AND
## CERTIFICATE OF COMPLIANCE WITH RULE 55.03(a)

The undersigned certifies that a true and correct copy of the foregoing was served by the Court's electronic filing system, this 1st day of April, 2026, on the counsel of record listed below. In addition, the undersigned counsel certifies under Rule 55.03(a) of the Missouri Rules of Civil Procedure that he/she has signed the original of this Certificate and the foregoing pleading.

Benjamin D. Winters
Patterson Legal Group, L.C.
6800 W. Kellogg Drive
Wichita, KS 67209
ben@pattersonlegalgroup.com
*Attorney for Plaintiffs*

/s/ Brendon T. Sanders

2

#34188268 v1

Electronically Filed - BUCHANAN - April 01, 2026 - 10:42 AM

**IN THE CIRCUIT COURT OF BUCHANAN COUNTY**
**STATE OF MISSOURI**

| | |
|---|---|
| CADEN PATTERSON, and GILYELIS PATTERSON, | ) ) ) |
| Plaintiffs, | ) ) ) |
| vs. | ) ) |
| MARK JACOBSON, | ) ) |
| and | ) ) |
| GEORGE MRLA dba MRLA FARMING, | ) ) |
| Defendants. | ) |

Cause No.: 26BU-CC00275

Division No.:

**ENTRY OF APPEARANCE**

COMES NOW Christal M. Wang with the law firm of Watters Wolf Bub Hansmann, LLC and hereby enters his appearance as counsel of record on behalf of Defendants Mark Jacobson and George MRLA d/b/a MRLA Farming in the above-captioned matter.

*Respectfully submitted,*

**WATTERS WOLF BUB HANSMANN, LLC**

 */s/ Christal M. Wang*
Jackie M. Kinder, #52810
Brendon T. Sanders, #62098
Christal M. Wang, #72184
600 Kellwood Parkway, Suite 120
St. Louis, MO  63017
(636) 798-0570 (phone)
jkinder@wwbhlaw.com
bsanders@wwbhlaw.com
cwang@wwbhlaw.com
*Attorneys for Defendants*

#34188278 v1

Electronically Filed - BUCHANAN - April 01, 2026 - 10:42 AM

## CERTIFICATE OF SERVICE AND
## CERTIFICATE OF COMPLIANCE WITH RULE 55.03(a)

The undersigned certifies that a true and correct copy of the foregoing was served by the Court's electronic filing system, this 1st day of April, 2026, on the counsel of record listed below. In addition, the undersigned counsel certifies under Rule 55.03(a) of the Missouri Rules of Civil Procedure that she has signed the original of this Certificate and the foregoing pleading.

Benjamin D. Winters
Patterson Legal Group, L.C.
6800 W. Kellogg Drive
Wichita, KS 67209
ben@pattersonlegalgroup.com
*Attorney for Plaintiffs*

*/s/ Christal M. Wang*

2

#34188278 v1